RICHARD M. OBERTO, Bar #247285
Designated Counsel for Service
516 W. Shaw Ave. Ste 200
Fresno, California  937204
Telephone: (559) 221-2557

Attorney for Defendant,
Darrell Lemont Morris

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:15-CR-00028-2 DAD-BAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | WAIVER OF DEFENDANT'S |
| v. | ) | PERSONAL PRESENCE PURSUANT TO |
| | ) | FEDERAL RULES OF CRIMINAL |
| | ) | PROCEDURE, RULE 43(b)(3); |
| VIVIAN MARIE WILLIAMS and | ) | [PROPOSED] ORDER THEREON |
| DARRELL LEMONT MORRIS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

     Defendant DARREL LEMONT MORRIS ("Mr. Morris") has been advised of his right to be personally present at all stages of the court proceedings in the above entitled action against him.  Mr. Morris hereby waives his right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

     Pursuant to this waiver, Mr. Morris requests that the Court allow his interests to be represented by the presence of his attorney, Richard M. Oberto, and he agrees that his interests shall be represented the same as if he were personally present.  Mr. Morris

agrees that notice to his attorney that his personal presence is required for a proceeding at a specific time and place will be deemed notice to Mr. Morris of the requirement of his personal presence.

DATED: 6/3/16              /s/ Darrell Lemont Morris

                                              DARRELL LEMONT MORRIS
                                              Defendant
                                              *Original signature retained by*
                                              *attorney Richard M. Oberto*

DATED: 6/13/16              /s/ Richard M. Oberto

                                              RICHARD M. OBERTO
                                              Attorney for Defendant,
                                              Darrell Lemont Morris
                                              *Original signature retained by*
                                              *attorney Richard M. Oberto*

## O R D E R

    **IT IS HEREBY ORDERED** that the personal presence of Defendant DARRELL LEMONT MORRIS is not required for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

    IT IS SO ORDERED.

Dated:  June 16, 2016              /s/ Barbara A. McAuliffe
                                                     UNITED STATES MAGISTRATE JUDGE