

## United States District Court
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>vs.<br>Darrell Lemont Morris | Case No. 1:15-CR-00028-DAD-BAM-2 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Darrell Lemont Morris__, have discussed with __Zaren Craddock/Mike Cannon (S/D TX)__, Pretrial Services Officer, the addition of the following release conditions:

1. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

2. All conditions not in conflict with this order shall remain in full force and effect; and,

The following condition shall be removed:

1. Live with mother and step-sister.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8/26/16          _____  8/26/16
Signature of Defendant    Date              Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                   1/5/17
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   10-4-2016
Signature of Defense Counsel              Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __1/10/17__.
[ ] The above modification of conditions of release is *not* ordered.

_____                   1/10/17
Signature of Judicial Officer             Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services