RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar NO. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Darrell Lemont Morris

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATED OF AMERICA, | Case No. 1:15-cr-00028-DAD-BAM-2 |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING DATE |
| DARRELL LEMONT MORRIS, | |
| Defendant. | |

Please take notice that the parties in the case have agreed to continue the sentencing date of the defendant Darrell Lemont Morris ("Mr. Morris") from the currently scheduled date of January 8, 2018, to the new date of February 5, 2018, at 10 a.m., in the Courtroom 5 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Dale A. Drozd. The continuance is on the grounds that Mr. Morris was living in Houston, Texas, when Hurricane Harvey devastated the city on or about August and September of 2017. As a result of the hurricane and massive flooding, Mr. Morris had to evacuate his residence and suffered property damage and loss. His Pre-Sentence Interview packet, which he needed to complete for his Pre-Sentence Interview and Report, was lost and had to be replaced. Although the packet has now been replaced, Mr. Morris has had to fill out and assemble the packet anew and has had to contend with numerous other unexpected personal and work-related issues in the aftermath of the hurricane. The parties agree that the continuance here is reasonable and necessary in light of Mr.

Morris' circumstances in Houston in the aftermath of Hurricane Harvey.

For the reasons stated above, the parties stipulate as follows;

1. That Mr. Morris sentencing date be continued from the currently scheduled date of January 8, 2018, to the new date of February 5, 2018, at 10 a.m., in the Courtroom 5 of the above-entitled Court, in the Fresno Division, before Honorable District Court Judge Dale A. Drozd.

2. Mr. Morris will be personally present for the new sentencing date of February 5, 2018, just as he was ordered to be personally present for the now rescheduled date of January 8, 2018.

Dated: 11/7/2017 /s/ Mark McKeon
Mark McKeon
Assistant U.S. Attorney

Dated: 11/7/2017 /s/ Richard M. Oberto
RICHARD M. OBERTO
Attorney for Defendant,
Darrell Lemont Morris

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for January 8, 2018, is continued until February 5, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd. The defendant is ordered to personally appear.

IT IS SO ORDERED.

Dated: **November 9, 2017**           _____
UNITED STATES DISTRICT JUDGE